# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>           Plaintiff,<br><br>   v.<br><br>A. HEDGPETH, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-02040-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF No. 19) |

Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2011, the Magistrate Judge issued findings and recommendations recommending denying Plaintiff's motion for injunctive relief. The findings and recommendations contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff filed objections to findings and recommendations on December 14, 2011. The Court has read and considered Plaintiff's objections. While Plaintiff argues that he is entitled to a preliminary injunction, as the findings and recommendations found, the Court lacks jurisdiction to grant the relief requested.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed November 9, 2011, is adopted in full; and

2. Plaintiff's motion for injunctive relief, filed November 3, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:   December 15, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE