1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ALVARO QUEZADA,                        CASE NO. 1:09-cv-02040-LJO-BAM PC

10              Plaintiff,                ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS, DISMISSING
11       v.                               CERTAIN CLAIMS AND DEFENDANTS, AND
                                          REFERRING MATTER BACK TO
12  A. HEDGPETH, et al.,                  MAGISTRATE JUDGE TO INITIATE SERVICE
                                          OF PROCESS
13              Defendants.
                                          (ECF No. 16)
14

15  _____/

16       Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

18  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19       On October 17, 2011, the Magistrate Judge screened Plaintiff's First Amended Complaint,

20  and issued a Findings and Recommendations recommending dismissal of certain claims and

21  defendants from this action.  After obtaining several extensions of time, Plaintiff failed to file a

22  timely objection.

23       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25  and Recommendations to be supported by the record and by proper analysis.

26       Accordingly, IT IS HEREBY ORDERED that:

27       1.      The Findings and Recommendations, filed October 17, 2011, is adopted in full;

28  ///

1

2.      This action shall proceed on Plaintiff's First Amended Complaint, filed October 4, 2010, against Defendants Gricewich for retaliation in violation of the First Amendment;

3.      Plaintiff's access to the court, due process, Eighth Amendment, and equal protection claims are dismissed, with prejudice, for failure to state a claim;

4.      Defendants Hedgpeth and Harrington are dismissed, with prejudice, from this action for failure to state a claim under section 1983; and

5.      This matter is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

**Dated:**   **April 25, 2012**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE