1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11   ALVARO QUEZADA,                              )   Case No.: 1:09-cv-02040-LJO-BAM (PC)
                                                  )
12                          Plaintiff,            )   ORDER DIRECTING DEFENDANT GRICEWICH
                                                  )   TO FILE RESPONSIVE PLEADING
13            v.                                  )
                                                  )   TWENTY-DAY DEADLINE
14   B. GRICEWICH, et al.,                        )
                                                  )
15                          Defendants.           )
                                                  )
16   _____    )

17          Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on the first

19   amended complaint, field on October 4, 2010, against Defendant Gricewich for retaliation in violation

20   of the First Amendment.  On September 13, 2013, the Court denied Defendant Gricewich's motion to

21   dismiss the first amended complaint.  Accordingly, Defendant shall file an answer or other responsive

22   pleading within twenty (20) days from the date of service of this order.

23

24   IT IS SO ORDERED.

25      Dated:   __**September 20, 2013**__          ___/s/ *Barbara A. McAuliffe*___

26                                                  UNITED STATES MAGISTRATE JUDGE

27

28

                                                 1