UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA, | Case No.: 1:09-cv-02040-LJO-BAM (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT GRICEWICH TO FILE RESPONSIVE PLEADING |
| v. | |
| B. GRICEWICH, et al., | TWENTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the first amended complaint, field on October 4, 2010, against Defendant Gricewich for retaliation in violation of the First Amendment. On September 13, 2013, the Court denied Defendant Gricewich's motion to dismiss the first amended complaint. Accordingly, Defendant shall file an answer or other responsive pleading within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 20, 2013**         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

1