**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO QUEZADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. GRICEWICH, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-02040-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S OBJECTIONS TO MOTION TO STAY DISCOVERY<br>(ECF No. 70) |

　　　Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the first amended complaint, filed on October 4, 2010, against Defendant Gricewich for retaliation in violation of the First Amendment.

　　　On October 2, 2013, the Court issued a Discovery and Scheduling Order. Pursuant to that order, the deadline to amend pleadings was April 2, 2014, the deadline to complete discovery was June 2, 2014, and the deadline to file dispositive motions was August 11, 2014. (ECF No. 60.)

　　　On December 2, 2013, Defendant filed a motion to dismiss based on Plaintiff's failure to exhaust administrative remedies. (ECF No. 63.) Plaintiff's opposition to the motion to dismiss currently is due on February 13, 2014. (ECF No. 66.)

1

1    On January 8, 2014, Defendant filed a motion to stay discovery until after resolution of the
2 pending motion to dismiss.  (ECF No. 68.)  The Court found a response unnecessary, took the motion
3 under submission and, on January 21, 2014, granted the motion to stay discovery.  (ECF No. 69.)
4    On January 24, 2014, Plaintiff filed objections, dated January 21, 2014, to Plaintiff's motion to
5 stay discovery.  According to the objections, Plaintiff declares that he is being subjected to retaliation
6 through the denial of his religious meals since January 21, 2014, and that he has been feeling weak and
7 ill due to the lack of food.  Plaintiff also declares that the law library has shut down its research
8 computers due to a system upgrade and Plaintiff has been unable to conduct any legal research.
9 Plaintiff therefore concludes that he is not adequately able to file objections.  (ECF No. 70, Plaintiff's
10 Declaration ¶¶ 8-10.)
11    By his declaration, Plaintiff has not presented any objections to the merits of Defendants'
12 motion for a stay of discovery pending resolution of the motion to dismiss.  If Plaintiff desired extra
13 time to submit substantive objections, he could have filed a request for an extension time to oppose
14 Defendants' motion.  Having considered Plaintiff's objections, declaration and supporting exhibits, the
15 Court finds no basis to modify its January 21, 2014 order granting the motion to stay.  Accordingly,
16 Plaintiff's purported objections, filed on January 24, 2014, are DENIED.
17 IT IS SO ORDERED.

Dated:   **January 28, 2014**             /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2